UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **DSS Technology Management, Inc.** § | | |
| § | | |
| § | | |
| Plaintiff, § | Civil Action No. 6:15-cv-130 | |
| v. § | | |
| § | Jury Trial Demanded | |
| **Intel Corporation;** § | | |
| **Dell, Inc.; GameStop Corp.;** § | | |
| **Conn's, Inc.; Conn Appliances, Inc.;** § | | |
| **NEC Corporation of America;** § | | |
| **Wal-Mart Stores, Inc.;** § | | |
| **Wal-Mart Stores Texas, LLC;** § | | |
| **AT&T Inc.** § | | |
| § | | |
| § | | |
| § | | |
| **Defendants.** § | | |

**DSS TECHNOLOGY MANAGEMENT, INC.'S CORPORATE
DISCLOSURE STATEMENT**

DSS Technology Management, Inc., Plaintiff in the above-entitled and numbered civil action, files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

Document Security Systems, Inc. (trading symbol: DSS) owns 10% or more of Plaintiff's stock.

Dated: March 17, 2015

Respectfully submitted,

*[signature]*

_____
**Derek Gilliland**
Texas State Bar No. 24007239
**Nix Patterson & Roach, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com
Attorney in Charge

**Edward Chin**
Texas State Bar No. 50511688
**Christian J. Hurt**
Texas State Bar No. 24059987
**Andrew J. Wright**
Texas State Bar No. 24063927
**Kirk Voss**
Texas State Bar No. 24075229
**Robert Winn Cutler**
Texas State Bar No. 24084364
**Ross Leonoudakis**
Texas State Bar No. 24087915
**Nix Patterson & Roach, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
christianhurt@nixlawfirm.com
andrewjwright@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
rossl@nixlawfirm.com

**William E. "Bo" Davis, III**
Texas State Bar No. 24047416
THE DAVIS FIRM, PC

222 N. Fredonia St.<br>
Longview, Texas 75601<br>
Telephone: 903-230-9090<br>
Telecopier: 903-230-9661<br>
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF DSS TECHNOLOGY MANAGEMENT INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 17th day of March, 2015.

_/s/ Kirk Voss_

**KIRK VOSS**