UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:15cv130

Name of party requesting extension: Intel Corporation

Is this the first application for extension of time in this case?
- [ ] Yes
- [x] No

If no, please indicate which application this represents:
- [x] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 4/14/2015

Number of days requested:
- [ ] 30 days
- [x] 15 days
- [ ] Other _____ days

New Deadline Date: 6/19/2015   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Michael E. Jones
State Bar No.: 10929400
Firm Name: Potter Minton, PC
Address: 110 North College
Suite 500
Tyler, Texas 75702
Phone: 903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.