## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **DSS Technology Management, Inc.** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 6:15-cv-130** |
| **v.** | § | |
| | § | **Jury Trial Demanded** |
| **Intel Corporation;** | § | |
| **Dell, Inc.; GameStop Corp;** | § | |
| **Conn's Inc.; Conn Appliance, Inc.;** | § | |
| **NEC Corporation of America;** | § | |
| **Wal-Mart Stores, Inc.;** | § | |
| **Wal-Mart Stores Texas, LLC;** | § | |
| **AT&T, Inc.** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

The following counsel hereby submits this Notice of his appearance as one of the attorneys for Plaintiff:

Edward Chin
Nix Patterson & Roach, LLP
5215 North O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: 972.831.1188
Facsimile: 972.444.0716
E-mail: edchin@me.com

Mr. Chin respectfully requests that copies of all notices, pleadings, and other matters be served upon him at the above-listed address.

NOTICE OF APPEARANCE                Page 1 of 2

Respectfully submitted,


_____
**EDWARD CHIN**
STATE BAR NO.  50511688
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com

**ATTORNEY FOR PLAINTIFF DSS
TECHNOLOGY MANAGEMENT INC.**


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 14th day of April, 2015.


_____
**EDWARD CHIN**