

UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?   Yes
                                                                    No

    If no, please indicate which application this represents:   Second
                                                                                    Third
                                                                                    Other _____

Date of Service of Summons:

Number of days requested:          30 days
                                   15 days
                                   Other \_\_\_\_\_ days

<span style="color:red">New Deadline Date:</span>          *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

    Full Name:

    State Bar No.:

    Firm Name:

    Address:


    Phone:

    Fax:

    Email:

A certificate of conference does not need to be filed with this unopposed application.