# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DSS Technology Management, Inc. § § § | | |
|     Plaintiff, § | Civil Action No. 6:15-cv-130 | |
| v. § | | |
| § | Jury Trial Demanded | |
| Intel Corporation; § Dell, Inc.; GameStop Corp.; § Conn's, Inc.; Conn Appliances, Inc.; § NEC Corporation of America; § Wal-Mart Stores, Inc.; § Wal-Mart Stores Texas, LLC; § AT&T Inc. § § § § | | |
|     Defendants. § | | |

---

**DSS TECHNOLOGY MANAGEMENT, INC.'S ANSWER TO GAMESTOP CORP.'S COUNTERCLAIMS TO PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

---

Plaintiff/Counter-Defendant DSS Technology Management ("DSS"), hereby files this its Answer to GameStop Corp.'s ("GameStop") Counterclaims to Plaintiff's Original Complaint for Patent Infringement and in support thereof, states as follows:

## COUNTERCLAIMS

1.    Plaintiff/Counter-Defendant admits that GameStop is a corporation organized under the laws of Delaware with a principal place of business at 625 Westport Parkway, Grapevine, Texas 76051.

2. Plaintiff/Counter-Defendant admits that it maintains a place of business in Plano, Texas.

3. Plaintiff/Counter-Defendant admits that jurisdiction is conferred on this Court pursuant to at least 28 U.S.C. §§ 1331 and 1338(a).

4. Plaintiff/Counter-Defendant admits that venue is proper in this Tyler Division of the Eastern District of Texas district pursuant to 28 U.S.C. §1391(b), (c), and (d) and 28 U.S.C. § 1400(b).

## COUNTERCLAIM FOR A DECLARATION OF NON-INFRINGEMENT OF UNITED STATES PATENT NO. 5,965,924

5. In response to paragraph 5 of GameStop's Counterclaims, Plaintiff/Counter-Defendant incorporates by reference its above-responses to paragraphs 1 through 4 of GameStop's Counterclaims as if fully set forth herein.

6. Plaintiff/Counter-Defendant admits that GameStop seeks a declaration of non-infringement with respect to U.S. Patent No. 5,965,924, but otherwise denies the allegations in paragraph 6 of GameStop's Counterclaims.

7. Plaintiff/Counter-Defendant admits that an actual controversy exists between GameStop and DSS with respect to U.S. Patent No. 5,965,924.

8. Plaintiff/Counter-Defendant denies the allegations in paragraph 8 of GameStop's Counterclaims.

9. Plaintiff/Counter-Defendant denies the allegations in paragraph 9 of GameStop's Counterclaims.

## COUNTERCLAIM FOR A DECLARATION OF INVALIDITY
## OF UNITED STATES PATENT NO. 5,965,924

10. In response to paragraph 10 of GameStop's Counterclaims, Plaintiff/Counter-Defendant incorporates by reference its above-responses to paragraphs 1 through 9 of GameStop's Counterclaims as if fully set forth herein.

11. Plaintiff/Counter-Defendant admits that GameStop seeks a declaration of invalidity with respect to U.S. Patent No. 5,965,924, but otherwise denies the allegations in paragraph 11 of GameStop's Counterclaims.

12. Plaintiff/Counter-Defendant admits that an actual controversy exists between GameStop and DSS with respect to U.S. Patent No. 5,965,924.

13. Plaintiff/Counter-Defendant denies the allegations in paragraph 13 of GameStop's Counterclaims.

14. Plaintiff/Counter-Defendant denies the allegations in paragraph 14 of GameStop's Counterclaims.

## COUNTERCLAIM FOR A DECLARATION OF NON-INFRINGEMENT
## OF UNITED STATES PATENT NO. 6,784,552

15. In response to paragraph 15 of GameStop's Counterclaims, Plaintiff/Counter-Defendant incorporates by reference its above-responses to paragraphs 1 through 14 of GameStop's Counterclaims as if fully set forth herein.

16. Plaintiff/Counter-Defendant admits that GameStop seeks a declaration of non-infringement with respect to U.S. Patent No. 6,784,552, but otherwise denies the allegations in paragraph 16 of GameStop's Counterclaims.

17. Plaintiff/Counter-Defendant admits that an actual controversy exists between GameStop and DSS with respect to U.S. Patent No. 6,784,552.

18.     Plaintiff/Counter-Defendant denies the allegations in paragraph 18 of GameStop's Counterclaims.

19.     Plaintiff/Counter-Defendant denies the allegations in paragraph 19 of GameStop's Counterclaims.

**COUNTERCLAIM FOR A DECLARATION OF INVALIDITY OF UNITED STATES PATENT NO. 6,784,552**

20.     In response to paragraph 20 of GameStop's Counterclaims, Plaintiff/Counter-Defendant incorporates by reference its above-responses to paragraphs 1 through 19 of GameStop's Counterclaims as if fully set forth herein.

21.     Plaintiff/Counter-Defendant admits that GameStop seeks a declaration of invalidity with respect to U.S. Patent No. 6,784,552, but otherwise denies the allegations in paragraph 21 of GameStop's Counterclaims.

22.     Plaintiff/Counter-Defendant admits that an actual controversy exists between GameStop and DSS with respect to U.S. Patent No. 6,784,552.

23.     Plaintiff/Counter-Defendant denies the allegations in paragraph 23 of GameStop's Counterclaims.

24.     Plaintiff/Counter-Defendant denies the allegations in paragraph 24 of GameStop's Counterclaims.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff/Counter-Defendant prays for judgment against Defendant/Counter-Plaintiff as follows:

A.     For judgment dismissing the counterclaims with prejudice;

B. For a declaration that this is an exceptional case, and an award to Plaintiff/Counter-Defendant of its costs and attorneys' fees incurred herein;

C. An award of the costs of this action; and

D. That Plaintiff/Counter-Defendant be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's Complaint.

Respectfully submitted,

*/s/ Derek Gilliland*

Derek Gilliland
Texas State Bar No. 24007239
Nix Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com
**Attorney in Charge**

Edward Chin
Texas State Bar No. 50511688
Christian J. Hurt
State Bar no. 24084364
Andrew J. Wright
Texas State Bar No. 24063927
Kirk Voss
Texas State Bar No. 24075229
Robert Winn Cutler
State Bar No. 24084364
Ross Leonoudakis
State Bar No. 24087915
Nix Patterson & Roach, L.L.P.
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com

christianhurt@nixlawfirm.com
andrewjwright@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
rossl@nixlawfirm.com

William E. "Bo" Davis, III
Texas State Bar No. 24047416
THE DAVIS FIRM, PC
222 N. Fredonia St.
Longview, Texas 75601
Telephone: 903-230-9090
Telecopier: 903-230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEY FOR PLAINTIFF
DSS TECHNOLOGY MANAGEMENT, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 4th day of May, 2015.

*[signature]*

**NIX PATTERSON & ROACH, L.L.P.**