UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **DSS Technology Management, Inc.,** | |
| Plaintiff, | Civil Action No. 6:15-cv-130 |
| v. | |
| **Intel Corporation; Dell, Inc.; GameStop Corp.; Conn's Inc.; Conn Appliances, Inc., NEC Corporation of America; Wal-Mart Stores, Inc.; Wal-Mart Stores Texas, LLC; AT&T Inc.,** | |
| Defendants. | |

# WAL-MART STORES, INC.'S AND WAL-MART STORES TEXAS, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1(a), Defendant Wal-Mart Stores, Inc. files this corporate disclosure statement and states that Wal-Mart Stores, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Pursuant to FED. R. CIV. P. 7.1(a), Defendant Wal-Mart Stores Texas, LLC identifies below all parent corporations and any publicly held corporations owning 10% or more of its stock:

Wal-Mart Stores Texas, LLC is 100% owned by Wal-Mart Real Estate Business Trust, which is 100% owned by Wal-Mart Property Co., which is 100% owned by Wal-Mart Stores East LP, which is 99% owned by WSE Investment LLC, which is 100%

owned by Wal-Mart Stores East, LLC, which is 100% owned by Wal-Mart Stores, Inc. (ultimate parent corporation).

Dated:  May 20, 2015						Respectfully submitted,

								By: */s/Michael E. Jones*
								MICHAEL E. JONES
								Texas Bar No. 10929400
								Potter Minton
								A Professional Corporation
								P.O. Box 359 (75710)
								110 N. College Ave.
								500 Plaza Tower
								Tyler, Texas 75702
								Telephone:  903.597.8311
								Facsimile:  903.593.0846
								Email: mikejones@potterminton.com

								*Of Counsel:*

								LAURA L. CHAPMAN
								Sheppard Mullin Richter & Hampton LLP
								Four Embarcadero Center, 17th Floor
								San Francisco, CA 94111
								Telephone: (415) 774-3215
								Facsimile: (415) 434-3947
								E-mail:  lchapman@sheppardmullin.com

								Bridgette Agness
								Sheppard, Mullin, Richter & Hampton LLP
								333 S. Hope St., 48th Floor
								Los Angeles, CA 90071
								Telephone:  213.620.1780
								Facsimile:  213.620.1398
								E-mail:  bagness@sheppardmullin.com

								*Attorneys for Defendants and Counter-Claimants*
								*Wal-Mart Stores, LLC and Wal-Marts Stores Texas, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th of May, 2015.

/s/Michael E. Jones