## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **DSS Technology Management, Inc.,** | |
| **Plaintiff,** | **Civil Action No. 6:15-cv-130** |
| **v.** | |
| **Intel Corporation; Dell, Inc.; GameStop Corp.; Conn's Inc.; Conn Appliances, Inc., NEC Corporation of America; Wal-Mart Stores, Inc.; Wal-Mart Stores Texas, LLC; AT&T Inc.,** | |
| **Defendants.** | |

## JURY DEMAND

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 38 and Local Rule CV-38, Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC respectfully demand a jury trial on all issues so triable.

Dated:  May 20, 2015                Respectfully submitted,

By:  */s/Michael E. Jones*
    MICHAEL E. JONES
    Texas Bar No. 10929400
    Potter Minton
    A Professional Corporation
    110 N. College Ave.
    500 Plaza Tower
    Tyler, Texas 75702
    Telephone:  903.597.8311
    Facsimile:  903.593.0846
    Email: mikejones@potterminton.com

*Of Counsel:*

LAURA L. CHAPMAN
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-3215
Facsimile: (415) 434-3947
E-mail:  lchapman@sheppardmullin.com

Bridgette Agness
Sheppard, Mullin, Richter & Hampton LLP
333 S. Hope St., 48th Floor
Los Angeles, CA 90071
Telephone:  213.620.1780
Facsimile:  213.620.1398
E-mail:  bagness@sheppardmullin.com

***Attorneys for Defendants and Counter-Claimants
Wal-Mart Stores, LLC and Wal-Marts Stores Texas, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of May, 2015.

*/s/Michael E. Jones*