IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br> DELL, INC., GAMESTOP CORP., <br> CONN'S, INC., CONN APPLIANCES, INC., <br> NEC CORPORATION OF AMERICA, <br> WAL-MART STORES, INC., <br> WAL-MART STORES TEXAS, LLC., <br> AT&T INC., <br><br> Defendants. | Civil Action No. 6:15-cv-130-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Amr O. Aly of Mayer Brown LLP enters his appearance on behalf of Defendant AT&T INC. in this matter as additional counsel.

Amr O. Aly may receive all communications from the Court and from other parties at Mayer Brown LLP, 1221 Avenue of the Americas, New York, New York 10020; Telephone: (212) 506-2304; Facsimile: (212) 849-5788; Email: aaly@mayerbrown.com.

Dated: June 4, 2015

Respectfully submitted,

/s/ Amr O. Aly
Amr O. Aly
NY State Bar No. 2812535
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2304
Facsimile: (212) 849-5788
Email: aaly@mayerbrown.com

*Attorney for Defendant
AT&T INC.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of June, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Amr O. Aly
Amr O. Aly
