**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br> DELL, INC., GAMESTOP CORP., <br> CONN'S, INC., CONN APPLIANCES, INC., <br> NEC CORPORATION OF AMERICA, <br> WAL-MART STORES, INC., <br> WAL-MART STORES TEXAS, LLC., <br> AT&T INC., <br><br> Defendants. | Civil Action No. 6:15-cv-130-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith LLP enters his appearance on behalf of Defendant AT&T INC. in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: gil@gillamsmithlaw.com.

Dated:  June 4, 2015                              Respectfully submitted,

                                                   */s/ Harry L. Gillam, Jr.*
                                                  Harry L. Gillam, Jr.
                                                  State Bar No. 07921800
                                                  GILLAM & SMITH, L.L.P.
                                                  303 South Washington Avenue
                                                  Marshall, Texas 75670
                                                  Telephone:  (903) 934-8450
                                                  Facsimile:  (903) 934-9257
                                                  Email: gil@gillamsmithlaw.com

                                                  ***Attorney for Defendant
                                                  AT&T INC.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of June, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                   */s/ Harry L. Gillam, Jr.*
                                                   Harry L. Gillam, Jr.