**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | § § | |
| Plaintiff, | § | Civil Action No. 6:15-cv-00130-JRG |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| INTEL CORPORATION, et al., | § | |
| Defendants. | § | |

## DELL INC.'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DELL INC. discloses that it is a privately held corporation and its direct parent company is Denali Intermediate Inc. There is no publicly held corporation owning 10% or more of Denali Intermediate Inc.'s stock.

- 2 -

June 5, 2015                    Respectfully submitted,

By: */s/ Gilbert A. Greene*
Gilbert A. Greene
State Bar No. 24045976
James G. Warriner
State Bar No. 24070813
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
bert.greene@nortonrosefulbright.com
jim.warriner@nortonrosefulbright.com

Dan D. Davison
State Bar No. 05590900
Brandy S. Nolan
State Bar No. 24070337
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
dan.davison@nortonrosefulbright.com
brandy.nolan@nortonrosefulbright.com

Darren Smith
State Bar No. 24088433
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Ave., Suite 5100
Houston, TX 77010
Tel: 713.651.5151
Fax: 713.651.5246
darren.smith@nortonrosefulbright.com

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

COUNSEL for DEFENDANT DELL INC.

- 3 -

## **CERTIFICATE OF SERVICE**

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on **June 5, 2015**. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ Gilbert A. Greene*
Gilbert A. Greene