**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | § § | |
| Plaintiff, | § | Civil Action No. 6:15-cv-00130-JRG |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| INTEL CORPORATION, et al., | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

Notice is given that the undersigned attorney, Brandy S. Nolan, enters her appearance in this matter as Attorney for Defendant DELL INC. for purposes of receiving notice and orders from the Court.

| | |
|---|---|
| June 5, 2015 | Respectfully submitted, |

                                          By: */s/ Brandy S. Nolan*
Gilbert A. Greene
State Bar No. 24045976
James G. Warriner
State Bar No. 24070813
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
bert.greene@nortonrosefulbright.com
jim.warriner@nortonrosefulbright.com

Dan D. Davison
State Bar No. 05590900
Brandy S. Nolan
State Bar No. 24070337
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
dan.davison@nortonrosefulbright.com
brandy.nolan@nortonrosefulbright.com

Darren Smith
State Bar No. 24088433
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Ave., Suite 5100
Houston, TX 77010
Tel: 713.651.5151
Fax: 713.651.5246
darren.smith@nortonrosefulbright.com

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

COUNSEL for DEFENDANT DELL INC.

## **CERTIFICATE OF SERVICE**

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on **June 5, 2015**. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

> */s/ Brandy S. Nolan*
> Brandy S. Nolan