**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | § § | Civil Action No. 6:15-cv-00130-JRG |
| Plaintiff, | § | |
| v. | § § | JURY TRIAL DEMANDED |
| INTEL CORPORATION, et al., | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

Notice is given that the undersigned attorney, Dan D. Davison, enters his appearance in this matter as Attorney for Defendant DELL INC. for purposes of receiving notice and orders from the Court.

| | |
|---|---|
| June 5, 2015 | Respectfully submitted,<br><br>By: */s/ Dan D. Davison*<br>Gilbert A. Greene<br>State Bar No. 24045976<br>James G. Warriner<br>State Bar No. 24070813<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Tel: 512.474.5201<br>Fax: 512.536.4598<br>bert.greene@nortonrosefulbright.com<br>jim.warriner@nortonrosefulbright.com<br><br>Dan D. Davison<br>State Bar No. 05590900<br>Brandy S. Nolan<br>State Bar No. 24070337<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Ave., Suite 3600<br>Dallas, TX 75201<br>Tel: 214.855.8000<br>Fax: 214.855.8200<br>dan.davison@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br><br>Darren Smith<br>State Bar No. 24088433<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Ave., Suite 5100<br>Houston, TX 77010<br>Tel: 713.651.5151<br>Fax: 713.651.5246<br>darren.smith@nortonrosefulbright.com<br><br>Deron R. Dacus<br>THE DACUS FIRM, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Tel: (903) 705-1117<br>Fax: (903) 705-1117<br>ddacus@dacusfirm.com<br><br>COUNSEL for DEFENDANT DELL INC. |

## **CERTIFICATE OF SERVICE**

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on **June 5, 2015**. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ Dan D. Davison*
Dan D. Davison