**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | § § | |
| Plaintiff, | § | Civil Action No. 6:15-cv-00130-JRG |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| INTEL CORPORATION, et al., | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

Notice is given that the undersigned attorney, Darren Smith, enters his appearance in this matter as Attorney for Defendant DELL INC. for purposes of receiving notice and orders from the Court.

June 5, 2015                                  Respectfully submitted,

                                              By: */s/ Darren Smith*
                                              Gilbert A. Greene
                                              State Bar No. 24045976
                                              James G. Warriner
                                              State Bar No. 24070813
                                              NORTON ROSE FULBRIGHT US LLP
                                              98 San Jacinto Boulevard, Suite 1100
                                              Austin, TX 78701
                                              Tel: 512.474.5201
                                              Fax: 512.536.4598
                                              bert.greene@nortonrosefulbright.com
                                              jim.warriner@nortonrosefulbright.com

                                              Dan D. Davison
                                              State Bar No. 05590900
                                              Brandy S. Nolan
                                              State Bar No. 24070337
                                              NORTON ROSE FULBRIGHT US LLP
                                              2200 Ross Ave., Suite 3600
                                              Dallas, TX 75201
                                              Tel: 214.855.8000
                                              Fax: 214.855.8200
                                              dan.davison@nortonrosefulbright.com
                                              brandy.nolan@nortonrosefulbright.com

                                              Darren Smith
                                              State Bar No. 24088433
                                              NORTON ROSE FULBRIGHT US LLP
                                              1301 McKinney Ave., Suite 5100
                                              Houston, TX 77010
                                              Tel: 713.651.5151
                                              Fax: 713.651.5246
                                              darren.smith@nortonrosefulbright.com

                                              Deron R. Dacus
                                              THE DACUS FIRM, P.C.
                                              821 ESE Loop 323, Suite 430
                                              Tyler, Texas 75701
                                              Tel: (903) 705-1117
                                              Fax: (903) 705-1117
                                              ddacus@dacusfirm.com

                                              COUNSEL for DEFENDANT DELL INC.

## **CERTIFICATE OF SERVICE**

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on **June 5, 2015**. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

                                           */s/ Darren Smith*
                                           Darren Smith