# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **DSS Technology Management, Inc.** § § § | |
| Plaintiff, § | Civil Action No. 6:15-cv-130 |
| v. § § | Jury Trial Demanded |
| **Intel Corporation;** § **Dell, Inc.; Conn's Corp.;** § **Conn's, Inc.; Conn Appliances, Inc.;** § **NEC Corporation of America;** § **Wal-Mart Stores, Inc.;** § **Wal-Mart Stores Texas, LLC;** § **AT&T Inc.** § § § § | |
| **Defendants.** § | |

---

### DSS TECHNOLOGY MANAGEMENT, INC.'S ANSWER TO CONN'S, INC. AND CONN APPLIANCES, INC.'S COUNTERCLAIMS TO PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

---

Plaintiff/Counter-Defendant DSS Technology Management ("DSS"), hereby files this its Answer to Conn's Inc. and Conn Appliances, Inc.'s (collectively "Conn's") Counterclaims to Plaintiff's Original Complaint for Patent Infringement and in support thereof, states as follows:

## COUNTERCLAIMS

Plaintiff/Counter-Defendant denies all allegations not specifically admitted.

DSS TECHNOLOGY MANAGEMENT, INC.'S ANSWER TO CONN'S COUNTERCLAIMS TO PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

PAGE 1 OF 6

## NATURE OF THE ACTION

Plaintiff/Counter-Defendant admits that Conn's is seeking a declaratory judgment of non-infringement and invalidity of U.S. Patent No. 5, 965,924 ("the '924 Patent") and U.S. Patent No. 6,784,552 ("the '553 Patent"). Plaintiff/Counter-Defendant denies that Conn's is entitled to a declaratory judgment of non-infringement and invalidity.

## PARTIES

1. Plaintiff/Counter-Defendant admits that Conn's Inc. is a Delaware corporation. Plaintiff/Counter-Defendant denies the remaining allegations in paragraph 1 of Conn's Counterclaims.

2. Plaintiff/Counter-Defendant admits that Conn Appliances, Inc. is a Texas corporation. Plaintiff/Counter-Defendant denies the remaining allegations in paragraph 2 of Conn's Counterclaims.

3. Plaintiff/Counter-Defendant admits that it is a corporation certified and authorized to transact business in Texas and that it maintains offices in Plano, Texas.

## JURISDICTION AND VENUE

1. Plaintiff/Counter-Defendant admits that this is an action arising under the patent laws of the United States, but otherwise denies the allegations in paragraph 1 of Conn's Counterclaims.

2. Plaintiff/Counter-Defendant admits that this is an action arising under the patent laws of the United States, but otherwise denies the allegations in paragraph 1 of Conn's Counterclaims.

3. Plaintiff/Counter-Defendant admits that it is the assignee of the Patents-in-Suit and that it has standing to sue for infringement of the Patents-in-Suit, including the right to recover damages.

4. Plaintiff/Counter-Defendant admits that a valid and justiciable controversy regarding the Patents-in-Suit exists.  Plaintiff/Counter-Defendant further admits that this Court has subject matter jurisdiction over these counterclaims.

5. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 5.

6. Plaintiff/Counter-Defendant admits that venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b).  Plaintiff/Counter-Defendant denies the remaining allegations in paragraph 6 of Conn's Counterclaims.

### FIRST COUNTERCLAIM
### (Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,965,924

1. Plaintiff/Counter-Defendant denies the allegations in paragraph 1 of Conn's Counterclaims.

2. Plaintiff/Counter-Defendant admits that Conn's seeks a judicial determination and declaration of non-infringement with respect to U.S. Patent No. 5,965,924, but otherwise denies the allegations in paragraph 2 of Conn's Counterclaims.

### SECOND COUNTERCLAIM
### (Declaratory Judgment of Invalidity of U.S. Patent No. 5,965,924

1. Plaintiff/Counter-Defendant denies the allegations in paragraph 1 of Conn's Counterclaims.

2.  Plaintiff/Counter-Defendant admits that Conn's seeks a judicial determination and declaration of invalidity with respect to U.S. Patent No. 5,965,924, but otherwise denies the allegations in paragraph 2 of Conn's Counterclaims.

### THIRD COUNTERCLAIM
### (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,784,552)

1.  Plaintiff/Counter-Defendant denies the allegations in paragraph 1 of Conn's Counterclaims.

2.  Plaintiff/Counter-Defendant admits that Conn's seeks a judicial determination and declaration of non-infringement with respect to U.S. Patent No. 6,784,552 but otherwise denies the allegations in paragraph 2 of Conn's Counterclaims.

### FOURTH COUNTERCLAIM
### (Declaratory Judgment of Invalidity of U.S. Patent No. 6,784,552)

1.  Plaintiff/Counter-Defendant denies the allegations in paragraph 1 of Conn's Counterclaims.

2.  Plaintiff/Counter-Defendant admits that Conn's seeks a judicial determination and declaration of non-infringement with respect to U.S. Patent No. 6,784,552 but otherwise denies the allegations in paragraph 2 of Conn's Counterclaims.

### RESERVATION OF ADDITIONAL COUNTERCLAIMS

Plaintiff/Counter-Defendant reserves the right to amend its answers to Conn's Inc. and Conn Appliances, Inc.'s Counterclaims.

**JURY DEMAND**

Plaintiff/Counter-Defendant joins Conn's in its demand for a trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff/Counter-Defendant prays for judgment against Defendant/Counter-Plaintiff as follows:

A. For judgment dismissing the counterclaims with prejudice;

B. For a declaration that this is an exceptional case, and an award to Plaintiff/Counter-Defendant of its costs and attorneys' fees incurred herein;

C. An award of the costs of this action; and

D. That Plaintiff/Counter-Defendant be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's Complaint.

Respectfully submitted,

*/s/ Derek Gilliland*

**Derek Gilliland**
Texas State Bar No. 24007239
Nix Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com
**Attorney in Charge**

**Edward Chin**
Texas State Bar No. 50511688

        **Christian J. Hurt**
State Bar no. 24084364
**Kirk Voss**
Texas State Bar No. 24075229
**Robert Winn Cutler**
State Bar No. 24084364
**Ross Leonoudakis**
State Bar No. 24087915
Nix Patterson & Roach, L.L.P.
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
christianhurt@nixlawfirm.com
kirkvoss@me.com
winncutler@nixlawfirm.com
rossl@nixlawfirm.com

William E. "Bo" Davis, III
Texas State Bar No. 24047416
THE DAVIS FIRM, PC
222 N. Fredonia St.
Longview, Texas 75601
Telephone: 903-230-9090
Telecopier: 903-230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEY FOR PLAINTIFF
DSS TECHNOLOGY MANAGEMENT, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 10th day of June, 2015.

*[signature]*

**NIX PATTERSON & ROACH, L.L.P.**