**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **DSS Technology Management, Inc.** § § § | | |
| Plaintiff, § | Civil Action No. 6:15-cv-130 | |
| v.  § § | Jury Trial Demanded | |
| **Intel Corporation;** § **Dell, Inc.; Wal-Mart Corp.;** § **Conn's, Inc.; Conn Appliances, Inc.;** § **NEC Corporation of America;** § **Wal-Mart Stores, Inc.;** § **Wal-Mart Stores Texas, LLC;** § **AT&T Inc.** § § § Defendants. § | | |

**DSS TECHNOLOGY MANAGEMENT, INC.'S ANSWER TO WAL-MART STORES, INC.'S AND WAL-MART STORES TEXAS, LLC'S COUNTERCLAIMS TO PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff/Counter-Defendant DSS Technology Management ("DSS"), hereby files this its Answer to Wal-Mart Stores, Inc. and Wal-Mart Stores, Texas, LLC (collectively "Wal-Mart") Counterclaims to Plaintiff's Original Complaint for Patent Infringement and in support thereof, states as follows:

## COUNTERCLAIM FOR DECLARATORY RELIEF

Plaintiff/Counter-Defendant hereby denies all allegations not specifically admitted.

## THE PARTIES

1. Plaintiff/Counter-Defendant admits that Wal-Mart Stores, Inc. is a corporation organized under the laws of Delaware with a place of business in Bentonville, Arkansas.

2. Plaintiff/Counter-Defendant admits that Wal-Mart Stores Texas, LLC is a limited liability company organized under the laws of Delaware with a place of business in Bentonville, Arkansas.

3. Plaintiff/Counter-Defendant admits that it is a corporation certified and authorized to transact business in Texas and that it maintains offices in Plano, Texas.

## JURISDICTION

4. Plaintiff/Counter-Defendant admits that jurisdiction is conferred on this Court pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Plaintiff/Counter-Defendant denies that Defendants are entitled to a declaration of non-infringement and/or invalidity of U.S. Patent No. 5,965,924 ("the '924 patent") and U.S. Patent No. 6,784,552 ("the '552 patent").

5. Plaintiff/Counter-Defendant admits the allegations in paragraph 90 of Wal-Mart's counterclaims.

6. Plaintiff/Counter-Defendant admits the allegations in paragraph 91 of Wal-Mart's counterclaims.

7. Plaintiff/Counter-Defendant denies the allegations in paragraph 92 of Wal-Mart's counterclaims.

8. Plaintiff/Counter-Defendant admits that there is an actual and justiciable controversy between Wal-Mart and DSS.

**FIRST COUNT:**
**DECLARATION OF NON-INFRINGEMENT**
**AND INVALIDITY OF UNITED STATES PATENT NO. 5,965,924**

9. In response to paragraph 94 of Wal-Mart's Counterclaims, Plaintiff/Counter-Defendant incorporates by reference its above-responses to paragraphs 86 through 93 of Wal-Mart's Counterclaims as if fully set forth herein.

10. Plaintiff/Counter-Defendant denies the allegations in paragraph 95 of Wal-Mart's Counterclaims.

11. Plaintiff/Counter-Defendant denies the allegations in paragraph 96 of Wal-Mart's Counterclaims.

12. Plaintiff/Counter-Defendant denies the allegations in paragraph 97 of Wal-Mart's Counterclaims.

**SECOND COUNT:**
**DECLARATION OF NON-INFRINGEMENT**
**AND INVALIDITY OF UNITED STATES PATENT NO. 6,784,552**

13. In response to paragraph 98 of Wal-Mart's Counterclaims, Plaintiff/Counter-Defendant incorporates by reference its above-responses to paragraphs 86 through 97 of Wal-Mart's Counterclaims as if fully set forth herein.

14. Plaintiff/Counter-Defendant denies the allegations in paragraph 99 of Wal-Mart's Counterclaims.

15. Plaintiff/Counter-Defendant denies the allegations in paragraph 100 of Wal-Mart's Counterclaims.

16. Plaintiff/Counter-Defendant denies the allegations in paragraph 101 of Wal-Mart's Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff/Counter-Defendant prays for judgment against Defendant/Counter-Plaintiff as follows:

A. For judgment dismissing the counterclaims with prejudice;

B. For a declaration that this is an exceptional case, and an award to Plaintiff/Counter-Defendant of its costs and attorneys' fees incurred herein;

C. An award of the costs of this action; and

D. That Plaintiff/Counter-Defendant be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's Complaint.

## JURY DEMAND

Plaintiff/Counter-Defendant joins Wal-Mart in its demand for trial by jury.

Respectfully submitted,

*/s/ Derek Gilliland*

**Derek Gilliland**
Texas State Bar No. 24007239
Nix Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com
**Attorney in Charge**

        **Edward Chin**
        Texas State Bar No. 50511688
        **Christian J. Hurt**
        State Bar no. 24084364
        **Kirk Voss**
        Texas State Bar No. 24075229
        **Robert Winn Cutler**
        State Bar No. 24084364
        **Ross Leonoudakis**
        State Bar No. 24087915
        Nix Patterson & Roach, L.L.P.
        5215 N. O'Connor Blvd., Suite 1900
        Irving, Texas 75039
        972.831.1188 (telephone)
        972.444.0716 (facsimile)
        edchin@me.com
        christianhurt@nixlawfirm.com
        kirkvoss@me.com
        winncutler@nixlawfirm.com
        rossl@nixlawfirm.com

        William E. "Bo" Davis, III
        Texas State Bar No. 24047416
        THE DAVIS FIRM, PC
        222 N. Fredonia St.
        Longview, Texas 75601
        Telephone: 903-230-9090
        Telecopier: 903-230-9661
        Email: bdavis@bdavisfirm.com

        **ATTORNEY FOR PLAINTIFF**
        **DSS TECHNOLOGY MANAGEMENT, INC.**

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 10th day of June, 2015.

*Derek Gilliland*

**NIX PATTERSON & ROACH, L.L.P.**