IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br> DELL, INC., GAMESTOP CORP., <br> CONN'S, INC., CONN APPLIANCES, INC., <br> NEC CORPORATION OF AMERICA, <br> WAL-MART STORES, INC., <br> WAL-MART STORES TEXAS, LLC., <br> AT&T INC., <br><br> Defendants. | Civil Action No. 6:15-cv-130-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Edward D. Johnson of Mayer Brown LLP enters his appearance on behalf of Defendant AT&T INC. in this matter as additional counsel.

Edward D. Johnson may receive all communications from the Court and from other parties at Mayer Brown LLP, 3000 El Camino Real, Two Palo Alto Square, Suite 300, Palo Alto, CA 94306; Telephone: (650) 331-2000; Facsimile: (650) 331-2064; Email: wjohnson@mayerbrown.com.

Dated: June 16, 2015

Respectfully submitted,

/s/ Edward D. Johnson
Edward D. Johnson
California Bar No. 189475
Email: wjohnson@mayerbrown.com
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2057
Facsimile: (650) 331-4557

*Attorney for Defendant*
*AT&T INC.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of June, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Edward D. Johnson*
Edward D. Johnson

2