# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC. | § | |
| | § | |
| v. | § | Case No. 6:15-cv-130 JRG |
| | § | |
| INTEL CORPORATION ET AL | § | |
| | § | |

## ORDER

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 31st day of July, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE