**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| DSS Technology Management, Inc., | |
| Plaintiff, | |
| v. | Civil Action No. 6:15-cv-130-RWS |
| Intel Corporation, et al., | |
| Defendants. | |

### <u>INTEL CORPORATION'S REQUEST FOR ORAL HEARING REGARDING MOTION TO SEVER THE CLAIMS AGAINST INTEL AND STAY PLAINTIFF'S CLAIMS AGAINST ALL REMAINING DEFENDANTS [72] AND MOTION TO TRANSFER THE CLAIMS AGAINST INTEL TO THE NORTHERN DISTRICT OF CALIFORNIA [73]</u>

Pursuant to L.R. 7(g), Defendant Intel Corporation hereby respectfully requests an oral hearing on its Motion to Sever the Claims Against Intel and Stay Plaintiff's Claims Against All Remaining Defendants [Dkt. 72] and its Motion to Transfer the Claims Against Intel to the Northern District of California [Dkt. 73] at the Court's earliest convenience. Full briefing has been completed on this motion and the issue is ripe for the Court's decision.

Dated:  August 28, 2015

Respectfully submitted by:

/s/ Michael E. Jones
Michael E. Jones
Texas Bar No. 10929400
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Tel.: (903) 597-8311
Fax: (903) 593-0846
Email: mikejones@potterminton.com

Michael J. Summersgill (admitted *pro hac vice*)
William F. Lee (admitted *pro hac vice*)
Sarah Beigbeder Petty (admitted *pro hac vice*)
Louis W. Tompros (admitted *pro hac vice*)
**WILMER CUTLER PICKERING**

{A07/09807/0001/W1331400.1 }

**HALE AND DORR LLP**
60 State Street
Boston, MA  02109
Tel.: (617) 526-6000
Fax : (617) 526-5000
        Email: william.lee@wilmerhale.com
michael.summersgill@wilmerhale.com
        sarah.petty@wilmerhale.com
        louis.tompros@wilmerhale.com

**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
James L. Quarles (admitted *pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6236
Fax: (202) 663-6363
Email: james.quarles@wilmerhale.com

**ATTORNEYS FOR DEFENDANT
INTEL CORPORATION**


<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2015.


*/s/ Michael E. Jones*