**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| DSS Technology Management, Inc., | § § § | |
| Plaintiff, | § § | Civil Action No. 6:15-cv-130-RWS |
| v. | § § | |
| Intel Corporation, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion to Dismiss With Prejudice as to the claims and counterclaims asserted by Plaintiff DSS and Defendant Intel (Docket No. 241). It is hereby

**ORDERED** that DSS's claims against Intel are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. It is further

**ORDERED** that Intel's counterclaims against DSS are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

**SIGNED this 5th day of February, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE