# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DSS Technology Management, Inc., | § | |
| Plaintiff, | § § § | Civil Action No. 6:15-cv-130-RWS |
| v. | § § | |
| Intel Corporation, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal, the Court hereby enters Final Judgment.  It is, therefore,

**ORDERED** that all claims and counterclaims between the Plaintiff and the Defendant are **DISMISSED WITH PREJUDICE** with each party to beat its own costs and attorneys' fees. All pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 5th day of February, 2019.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE